# USSET, WEINGARDEN & LIEBO, P.L.L.P.

ATTORNEYS AT LAW

Suite 300
4500 Park Glen Road
Minneapolis, MN 55416

**TELEPHONE 952-925-6888**                                                                 FAX 952-925-5879

December 21, 2018

Clerk of U.S. Bankruptcy Court
316 North Robert Street
St. Paul, MN

VIA CM/ECF EMAIL

Tim Theisen
Gregory A. Burrell, Chapter 13 Trustee
Office of the United States Trustee

      Re: Jeffrey W. Plaisted
          Chapter 13, Case No. 18-33465
          Objection to Confirmation of Plan

Dear Sir or Madam:

    Our firm filed an objection to confirmation of plan on behalf of Shellpoint Mortgage Servicing. Our firm agrees to continue the confirmation hearing to the January 2019 calendar. If you have any questions in regards to this matter, please do not hesitate to contact me.

          Very truly yours,

          /e/ Kevin Dobie
          Kevin Dobie